VAN ALLEN, Respondent, v. MANHATTAN EL. R. CO., Appellant.

(Common Pleas of New York City and County, General Term.  May 8, 1893.)

Action by George W. Van Allen against the Manhattan Elevated Railroad Company.
Argued before DALY, C. J., and BOOKSTAVER. J.
Davies & Rapallo, for appellant.
Wolff & Hodge, for respondent.
No opinion.  Motion to affirm order appealed from, no one appearing for appellant.  Motion granted, with costs.  See 22 N. Y. Supp. 704.

---

KAHN, Respondent, v. NEW YORK EL. R. CO., Appellant.

(Common Pleas of New York City and County, General Term.  May 10, 1893.)

Action by Herman Kahn against the New York Elevated Railroad Company.
Argued before DALY, C. J., and BOOKSTAVER, J.
Davies & Rapallo, for appellant.
Wolff & Hodge, for respondent.
No opinion.  Motion for reargument granted.  See 22 N. Y. Supp. 793.

---

WHITTEMORE, Respondent, v. WHITE, Appellant.

(Common Pleas of New York City and County, General Term.  May 10, 1893.)

Appeal from trial term.
Action by Henry Whittemore against James T. White.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
O. J. Hochstadter, for appellant.
Gilbert R. Hawes, for respondent.
No opinion.  Judgment affirmed on argument.  See 23 N. Y. Supp. 1162.

---

MORGENTHAU et al. v. WALKER.

(Common Pleas of New York City and County, General Term.  May 1, 1893.)

Action by Henry Morganthau and others against Elizabeth H. Walker to recover commissions for the sale of real estate.
For former report, see 21 N. Y. Supp. 936.

Lachman, Morgenthau & Goldsmith, for plaintiffs.
Alex. Thain, for defendant.

PRYOR, J.  In Catlin v. Adirondack Co., 19 Hun, 389, 81 N. Y. 379, it was decided that a reversal of a judgment does not per se operate a vacatur of the order of reference.  But a subsequent amendment of the Code (section 1011) provides that "the court must appoint another referee."  We merely reverse the judgment, and direct a new trial, leaving to the court below either to name another referee or to vacate the order of reference, as justice may seem to require.